UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| RUSH MASONRY INC. and RANDALL RUSH, | Case No. 1:24-cv-06520-CM |
| *Plaintiff*, | **RULE 7.1 STATEMENT** |
| v. | |
| DYNASTY CAPITAL 26 LLC, FUNDING EXPERTS INC, LINCOLN FUNDING SOLUTIONS LTD, WOODMERE CAPITAL LLC, ACE RECOVERY GROUP LLC, LEXINGTON RECOVERY LLC, TRITON RECOVERY LLC, JOHN DOE 1-10, JANE DOE 1-10, CORPORATION XYZ 1-10, | |
| *Defendants*. | |

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, TRITON RECOVERY LLC, hereby certifies as follows:

1. Defendant is not a subsidiary of any other entity.

2. No publicly held corporation owns 10% or more of stock in Defendant.

3. Defendant is a Florida limited liability company.

4. Plaintiff has one member that is a natural person that is a citizen of the State of Florida.

Dated: Lancaster, New York
September 30, 2024

Respectfully submitted,

**WELLS LAW P.C.**

By: */s Steven W. Wells*
      Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

*Attorneys for Defendant, Triton Recovery, LLC*