UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUSH MASONRY INC. and RANDALL RUSH,

      *Plaintiff*,

v.

DYNASTY CAPITAL 26 LLC, FUNDING EXPERTS INC, LINCOLN FUNDING SOLUTIONS LTD, WOODMERE CAPITAL LLC, ACE RECOVERY GROUP LLC, LEXINGTON RECOVERY LLC, TRITON RECOVERY LLC, JOHN DOE 1-10, JANE DOE 1-10, CORPORATION XYZ 1-10,

      *Defendants*.

Case No. 1:24-cv-06520-CM

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, ACE RECOVERY GROUP LLC, hereby certifies as follows:

1. Defendant is not a subsidiary of any other entity.

2. No publicly held corporation owns 10% or more of stock in Defendant.

3. Defendant is a New York limited liability company.

4. Plaintiff has two members that are natural persons, both whom are citizens of the State of Florida.

Dated: Lancaster, New York
   October 1, 2024

Respectfully submitted,

**WELLS LAW P.C.**

By: */s Steven W. Wells*
   Steven W. Wells
229 Warner Road
Lancaster, New York 14086
Tel.: (716) 983-4750
Email: steve@wellspc.com

*Attorneys for Defendant,*
*Ace Recovery Group, LLC*