UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
RUSH MASONRY INC. and RANDALL RUSH,
Plaintiffs,                                                                         1:24-cv-06520
        -against-
                                                                                                       NOTICE OF
                                                                                                       DISCONTINUANCE

DYNASTY CAPITAL 26 LLC, FUNDING EXPERTS INC,
LINCOLN FUNDING SOLUTIONS LTD, WOODMERE
CAPITAL LLC, ACE RECOVERY GROUP LLC,
LEXINGTON RECOVERY LLC, TRITON RECOVERY LLC,
JOHN DOE 1-10, JANE DOE 1-10, CORPORATION XYZ 1-10,
 Defendants
_____X

      **PLEASE TAKE NOTICE** that Jacovetti Law, P.C., counsel for plaintiff, hereby discontinues this action as against all defendants filed in the August 29, 2024 complaint, without prejudice; each party to bear its costs, fees and disbursements incurred in this action.


Dated: Garden City, New York                                JACOVETTI LAW, P.C.
       October 3, 2024                                          *Attorney for Plaintiff*

                                                                               _____
                                                                               Robert C. Jacovetti, Esq.
                                                                               100 Garden City Plaza, Suite 227
                                                                               Garden City, New York 11501
                                                                               (516) 744-5454
                                                                               rcjesq@jacovettilaw.com