UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————X
RUSH MASONRY INC. and RANDALL RUSH,
Plaintiffs,

     -against-

DYNASTY CAPITAL 26 LLC, FUNDING EXPERTS INC,
LINCOLN FUNDING SOLUTIONS LTD, WOODMERE
CAPITAL LLC, ACE RECOVERY GROUP LLC,
LEXINGTON RECOVERY LLC, TRITON RECOVERY LLC,
JOHN DOE 1-10, JANE DOE 1-10, CORPORATION XYZ 1-10,
 Defendants
———————————————————X

1:24-cv-06520

NOTICE OF DISCONTINUANCE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/2024

MEMO ENDORSED

**PLEASE TAKE NOTICE** that Jacovetti Law, P.C., counsel for plaintiff, hereby discontinues this action as against all defendants filed in the August 29, 2024 complaint, without prejudice; each party to bear its costs, fees and disbursements incurred in this action.

Dated: Garden City, New York
       October 3, 2024

JACOVETTI LAW, P.C.
*Attorney for Plaintiff*

Robert C. Jacovetti, Esq.
100 Garden City Plaza, Suite 227
Garden City, New York 11501
(516) 744-5454
rcjesq@jacovettilaw.com

Close case

Colleen McMahon
10/9/2024